COLONIAL OAKS WEST, INC., *ET AL.* v. TOWNSHIP OF EAST BRUNSWICK, *ET AL.*

March 14, 1972. Petition for certification granted.

STATE OF NEW JERSEY v. FREDERICK W. MEYERS.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. RONALD GUNN.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL MESTRE.

March 14, 1972. Petition for certification denied.

STATE OF NEW JERSEY v. BONIFACIO CABELLERO.

March 14, 1972. Petition for certification denied.

BETTY KENT, *ET AL.* v. FRANCIS RAHM, *ET AL.*

March 14, 1972. Petition for certification denied.